B1040 (FORM 1040) (12/15)

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Reverse)

**ADVERSARY PROCEEDING NUMBER**
(Court Use Only)

*RECEIVED MAR - 7 2017 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk*

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Nicole Zambo | Penelope Charlene Jeffries |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Nicole Zambo, In Proper<br>7655 Winnetka Ave #3283<br>Winnetka, CA 91306 | Ginger Marcos, ESQ<br>2600 W. Olive Ave 5th FL<br>Burbank CA 91505 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Nondischargeability of debt persuant to 11 USC §523(a)(6)

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☒ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

Objection to discharge

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>PENELOPE CHARLENE JEFFRIES ||| BANKRUPTCY CASE NO.<br>1:16-bk-13445-MT |
| DISTRICT IN WHICH CASE IS PENDING<br>Central District of California || DIVISION OFFICE<br>San Fernando Valley | NAME OF JUDGE<br>M. TIGHE |
| RELATED ADVERSARY PROCEEDING (IF ANY) ||||
| PLAINTIFF || DEFENDANT | ADVERSARY PROCEEDING NO. |
|  ||  |  |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| *[signature]* ||||
| DATE<br>March 6, 2017 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Nicole Zambo |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

1  NICOLE ZAMBO, CREDITOR
   IN PRO PER
2  7655 Winnetka Avenue #3283
   Winnetka, CA 91306
3
4  Tel: (323) 376-8929

5  Objecting Creditor, In Pro Per
   NICOLE ZAMBO

**FILED
MAR - 7 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JEFFRIES, PENELOPE CHARLENE<br><br>Debtor.<br><br>NICOLE ZAMBO,<br><br>Plaintiff,<br><br>vs.<br><br>PENELOPE CHARLENE JEFFRIES,<br><br>Defendant. | Case No. 1:16-bk-13445-MT<br><br>Chapter 7<br><br><br><br>Adversary Proceeding:<br><br>No. _____<br><br>COMPLAINT FOR:<br><br>NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §523(a)(6) |

1

**COMPLAINT**

COMES NOW, objecting creditor and Plaintiff NICOLE ZAMBO ("Plaintiff"), filing this Complaint Objecting to Discharge of debtors and asserting the nondischargeability of her debt pursuant to 11 U.S.C. § 523(a)(6). The Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(j). In support of this Complaint, Plaintiff will show the Court as follows:

1. Plaintiff and Debtor previously litigated in the Los Angeles Superior Court under Case No. EC061557. The allegations against the debtor Penelope Charlene Jeffries ("Debtor") were that she engaged in a prolonged campaign of harassment against Plaintiff and her husband including malicious and willful conduct that caused Plaintiff extreme emotional distress.

2. In that action, the case proceeded through trial and appeal, and it was adjudged and decreed that Debtor acting willfully and with malice, engaging in intentional acts designed to cause Plaintiff extreme emotional distress, and which, in fact, did cause Plaintiff extreme emotional distress.

3. The Judgment entered against Debtor and in favor of Plaintiff included compensation for Plaintiff's extreme emotional distress and pain and suffering.

WHEREFORE, Plaintiff prays that:

    a. Defendant be required to answer in the time allowed by law;

    b. Upon a hearing of this matter, the Court deny the discharge of the debtor;

    c. For an award of reasonable attorney's fees to the extent allowed by law; and

    d. The Court grant such other and further relief as is just and proper.

Respectfully Submitted,

DATED: March 6, 2017

By: 
Nicole Zambo

Objecting Creditor, In Pro Per.

2

**COMPLAINT**